UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and the AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>            *Plaintiffs*,<br><br>     v.<br><br>DEPARTMENT OF DEFENSE; DEPARTMENT OF JUSTICE, including its components the OFFICE OF LEGAL COUNSEL and OFFICE OF INFORMATION POLICY; DEPARTMENT OF STATE; and CENTRAL INTELLIGENCE AGENCY,<br><br>            *Defendants*. | Case No. 15-cv-9317 |

## MOTION OF JAMEEL JAFFER TO WITHDRAW AS COUNSEL

Pursuant to United States District Court for the Southern District of New York Local Civil Rule 1.4, Jameel Jaffer, undersigned counsel, moves to withdraw as counsel for Plaintiffs in the above-captioned matter.

In support of this motion, he shows as follows:

1. He is an attorney for Plaintiffs American Civil Liberties Union and the American Civil Liberties Foundation in the above entitled action.

2. He is taking up a new position as director of the Knight First Amendment Institute at Columbia University.

3. On August 26, 2016, he will stop working for and representing clients as an employee of the American Civil Liberties Union Foundation.

4. Plaintiffs will continue to be represented by ACLU attorney Dror Ladin; New York Civil Liberties Union attorneys Arthur Eisenberg and Beth Haroules; and

Lawrence Lustberg of the law firm Gibbons PC. No party will be prejudiced by Mr. Jaffer's withdrawal.

/s/ Jameel Jaffer
Jameel Jaffer
Dror Ladin
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2651
jjaffer@aclu.org

Arthur Eisenberg
Beth Haroules
New York Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 607-3300
aeisenberg@nyclu.org

Lawrence S. Lustberg
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Phone: 973-596-4500
Fax: 973-639-6285
llustberg@gibbonslaw.com

*Counsel for Plaintiffs*

August 31, 2016