UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, including its components the OFFICE OF LEGAL COUNSEL and OFFICE OF INFORMATION POLICY, DEPARTMENT OF STATE, and CENTRAL INTELLIGENCE AGENCY,<br><br>Defendants. | **SCHEDULING ORDER**<br><br>15 Civ. 9317 (AKH) |

-------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

The *in camera* hearing scheduled for January 18, 2018, shall begin at 2:30 P.M.

SO ORDERED.

Dated: January 11, 2018

New York, New York

ALVIN K. HELLERSTEIN

United States District Judge

1