UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN CIVIL LIBERTIES UNION and
THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

                Plaintiffs,                15 **CIVIL** 9317 (AKH)

-v-                      **AMENDED JUDGMENT**

DEPARTMENT OF DEFENSE, DEPARTMENT
OF JUSTICE, including its components the
OFFICE OF LEGAL COUNSEL and OFFICE OF
INFORMATION POLICY, DEPARTMENT OF
STATE, and CENTRAL INTELLIGENCE
AGENCY,
                Defendants.
-----------------------------------------------------------X

      Whereas by order dated September 27, 2017, the Court granted in part and denied in part the Government's motion for summary judgment, ordering the government to timely produce various documents, including versions of Document 66 and Document 8. *See* Dkt. No. 77. That order concluded the Court's review of the documents submitted for its review. Judgment was entered and the case was marked closed. The Government subsequently having moved, pursuant to Fed. R. Civ. P. 59(e) to alter or amend the judgment and to reconsider the Court's September 27 opinion and order, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on May 1, 2018, having issued its Order ordering the Government to produce, consistent with these rulings, Document 66, Document 8, the redacted January 18 transcript, and the other documents ordered to be produced in the Court's prior rulings, and directing the Clerk to amend the final judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 1, 2018, the Government shall produce, consistent with these rulings, Document 66, Document 8, the redacted January 18 transcript, and other documents ordered to be produced in the Court's prior rulings; the Government's disclosure obligations are stayed for 60 days, or 10 days following the filing of a notice of appeal, whichever is later; in the interim, the Government shall file the redacted transcript provided to the Court on April 11, 2018.

**Dated:** New York, New York
June 19, 2018

BY: RUBY J. KRAJICK
Clerk of Court

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 6/19/2018